```
        IN THE UNITED STATES DISTRICT COURT FOR THE
             SOUTHERN DISTRICT OF WEST VIRGINIA
                        CHARLESTON
```

UNITED STATES OF AMERICA

v.                                   CRIMINAL NO. 2:25-cr-00005

LANA BARKER


## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Gabriel Price, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

                                        Respectfully submitted,

                                        WILLIAM S. THOMPSON
                                        United States Attorney

                    By:
                          /s/ Gabriel Price
                          Gabriel C. Price
                          Assistant United States Attorney
                          WV Bar No. 14671
                          300 Virginia Street, East
                          Room 4000
                          Charleston, WV 25301
                          Telephone: 304-345-2200
                          Fax: 304-347-5104
                          Email: gabe.price@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 17th day of January, 2025, to:

        Tim Carrico
        1554 Kanawha Boulevard, East
        Charleston, WV 25311
        Telephone: (304) 881-0632
        E-mail: TCarrico@carricolaw.com


        /s/ Gabriel Price
        Gabriel C. Price
        Assistant United States Attorney
        WV Bar No. 14671
        300 Virginia Street, East
        Room 4000
        Charleston, WV 25301
        Telephone:  304-345-2200
        Fax: 304-347-5104
        Email:  gabe.price@usdoj.gov